**Order entered January 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01202-CR
No. 05-13-01203-CR
No. 05-13-01204-CR
No. 05-13-01205-CR
No. 05-13-01206-CR

**DEMETRIUS LAMAR HIMPHILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-21204-W, F12-21205-W,**
**F12-21206-W, F13-55023-W, F13-55024-W**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these

appeals within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary

Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal

Records Division; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE